UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00135-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARRELL WORDWORTH,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

A change of plea hearing set for **Thursday, July 1, 2010 at 4:00 p.m.**

Dated: June 14, 2010