UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00135-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DARRELL WORDWORTH,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict of the Court, the Sentencing hearing set for Tuesday, September 28, 2010, at 11:00 a.m., is **RESET** to **Tuesday, September 28, 2010, at 2:00 p.m., in Courtroom A-1002.**

      Dated:  September 24, 2010.