IN THE UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF COLORADO
                           CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 28, 2010 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **10-cr-00135-WYD**          Counsel:

UNITED STATES OF AMERICA,                      David M. Conner

       Plaintiff,

v.

**1.  DARRELL WORDWORTH**,                    Kathryn J. Stimson

       Defendant.

## SENTENCING

| | |
|---|---|
| **2:05 p.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - Thursday, July 1, 2010, at 4:00 p.m.**<br>**Plea of Guilty - counts 1 and 5 of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 2:06 p.m. | Statement and argument on behalf of Defendant (Ms. Stimson). |
| 2:17 p.m. | Statement and argument on behalf of Government (Mr. Conner). |
| 2:26 p.m. | Statement on behalf of Defendant (Ms. Stimson). |
| 2:27 p.m. | Statement on behalf of Defendant by his father, Anderson Wordworth. |
| 2:29 p.m. | Statement by Defendant on his own behalf (Mr. Wordworth). |

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #27], filed September 22, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. Section 3553(a) [doc. #22], filed September 15, 2010, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **92** months on each of counts 1 and 5, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive facility within the state of Colorado that has the Residential Drug Abuse Program (R.D.A.P.) and be allowed to participate in that program.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on each of counts 1 and 5, to run concurrently.

**ORDERED:** **Conditions** of **Supervised Release** are:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X) Defendant shall comply with standard conditions adopted by the Court.

- (X) Defendant shall not unlawfully possess a controlled substance.

- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

- (X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

(X) Defendant shall participate in and successfully complete a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X) The defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X) The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

(X) Defendant shall not associate with gang members.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** in the total amount of **$13,184.00. to the following victim(s):**

| Victims | Amount |
|---|---|
| First National Bank, Fraud Department<br>P.O. Box 578<br>Fort Collins, Colorado  85022-0578 | $2,985.00 |
| Bank of Denver<br>405 16th Street<br>Denver, Colorado  80202 | $1,752.00 |
| Liberty Savings Bank<br>Attn: Lance West<br>120 W. 2nd Street, #232<br>Dayton, Ohio  45402 | $ 300.00 |
| Key Bank<br>3300 E. 1st Avenue<br>Denver, Colorado  80206 | $8,147.00 |

Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.  As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.  ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss (Counts 2, 3, and 4 of the Indictment) [doc. #26], filed September 22, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:44 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :39**