UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00135-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DARRELL WORDWORTH,

    Defendant.

---

**ORDER**

---

The government's motion for the three level acceptance of responsibility

reduction pursuant to §3E1.1 having come before the Court and the Court being fully

advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility

[doc. #27], filed September 22, 2010, is **GRANTED.**  It is further

ORDERED that the Defendant receive the 3 levels reduction in the offense level

for acceptance of responsibility as provided by §3E1.1(b).

Dated this 28th day of September, 2010.

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE