UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00135-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARRELL WORDWORTH,

    Defendant.

---

### ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 2, 3 and 4 of the Indictment in the above-entitled case, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss [doc. #26], filed September 22, 2010, is **GRANTED**. It is further

ORDERED that Counts 2, 3 and 4 of the Indictment in the above captioned case are dismissed.

Dated this 28th day of September, 2010.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE